IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                           Criminal No. 3:19-MJ-120

**MARCUS OWENS,**

      **Defendant.**

## MOTION TO DETAIN

In view of the Probation Officer's petition in this matter, the United States moves to detain the defendant pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3143(a)(1).

**DATED:**  September 26, 2019

                                                                    Respectfully submitted,

                                                                    WILLIAM J. POWELL
                                                                    United States Attorney

                                                                    /s/ Lara Omps-Botteicher
                                                                    Lara Omps-Botteicher
                                                                    Assistant United States Attorney
                                                                    217 West King Street, Suite 400
                                                                    Martinsburg, WV  25401
                                                                    Telephone: (304) 262-0590